UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DAVID A HARPER, | No. C 14-04228 LB |
| Plaintiff, | **AMENDED ORDER DENYING *IN FORMA PAUPERIS* APPLICATION WITHOUT PREJUDICE** |
| v. | |
| THE STATE BAR OF CALIFORNIA, | |
| Defendants. | [ECF No. 3] |

The application to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**. The application appears inconsistent. Plaintiffs appears to be making his mortgage payments despite no claimed income. By November 1, 2014, Plaintiff must either file an application to proceed *in forma pauperis* that provides additional financial detail or pay the $400.00 filing fee. Failure to take one of these actions by that date will result in dismissal of the above-entitled action without prejudice. Unless and until Plaintiff is granted leave to proceed *in forma pauperis*, he has the responsibility to serve the complaint and any amendments, scheduling orders, and attachments pursuant to Federal Rule of Civil Procedure 4. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION
C 14-04228 LB

1   This disposes of ECF No. 3.
2   **IT IS SO ORDERED.**
3   Dated: October 1, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION
C 14-04228 LB

2